## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

In re:

David and Heather Monceaux                     Chapter 7
                                               Case No.  8:14-bk-15024-KRM

      Debtors

_____/

## OBJECTION TO TRUSTEE'S MOTION
## TO COMPEL TURNOVER OF PROPERTY OF THE ESTATE

COME NOW David and Heather Monceaux Debtor, by and through their

undersigned counsel and file this Objection to Trustee's Motion to Compel Turnover of

Property of the Estate due to a difference in the appraised value of the 2005 Dodge

Durango, pursuant to Local Rule 2002-4.

Respectfully submitted,

JODAT LAW GROUP, P.A.

/s/ Melanie A Newby_____
Melanie A. Newby, Esq.
FBN: 0870481
521 Ninth Street West
Bradenton, FL 34205
(941) 749-1901

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document was furnished
by U.S. Mail and/or electronic notification via the ECM/PACER system to: the United
States Trustee, TPA 7, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL
33602; Angela Welch, 12157 W Linebaugh Ave PMB 401, Tampa, FL 33626;  David B.
McEwen, P.A., The Plaza Suites, 111 Second Avenue NE, #306, St. Petersburg, Florida
33701-3444   and David and Heather Monceaux, 337 112th St. E., Bradenton, FL 34212
on this 1st day of June, 2015.

/s/ Melanie A Newby_____
Melanie A. Newby, Esquire